UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KATHERINE BROWN, | ) | CASE NO. 1:05 CV 0721 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| TEAMSTER LOCAL NO. 244, et al., | ) | |
| | ) | |
| Defendants. | ) | |

      Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
      PATRICIA A. GAUGHAN
      UNITED STATES DISTRICT JUDGE

Dated: 9/13/05